ELIZABETH ACER, Respondent, v. SOMERS OLDHAM, Appellant, ALMEDA WATERS and Others, Defendants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial.)    Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

· GARRET H. TENPAS, Appellant, v. ERNEST L. CAFLISCH and Another, Respondents.— Judgment affirmed, with costs. All concur. (The judgment adjudges defendant to be the owner of certain realty, and dismisses the complaint.) Present — Sears, P. J., Lewis, Cunningham, Taylor and Dowling, JJ.

JUNE SARGENT, an Infant, by CLYDE H. SARGENT, Her Guardian ad Litem, Respondent, v. EMMETT H. WASS, Defendant, and ALVA ELNOR, Appellant.— Judgment and order affirmed, with costs. All concur, except Lewis and Taylor, JJ., who dissent and vote for reversal on the law and for granting a new trial.   (The judgment is for plaintiff in an automobile negligence action.   The order denies defendant's motion for a new trial.)   Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

CLYDE H. SARGENT, Respondent, v. EMMETT H. WASS, Defendant, and ALVA ELNOR, Appellant.— Judgment and order affirmed, with costs. All concur, except Lewis and Taylor, JJ., who dissent and vote for reversal on the law and for granting a new trial.   (The judgment is for plaintiff in an automobile negligence action.   The order denies defendant's motion for a new trial.)   Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

WALTER D. LASCELL, JR., by WALTER D. LASCELL, His Guardian ad Litem, Respondent, v. EMMETT H. WASS, Defendant, and ALVA ELNOR, Appellant.— Judgment and order affirmed, with costs. All concur, except Lewis and Taylor, JJ., who dissent and vote for reversal on the law and for granting a new trial. (The judgment is for plaintiff in an automobile negligence action. The order denies defendant's motion for a new trial.)   Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

WALTER D. LASCELL, Respondent, v. EMMETT H. WASS, Defendant, and ALVA ELNOR, Appellant.— Judgment and order affirmed, with costs. All concur, except Lewis and Taylor, JJ., who dissent and vote for reversal on the law and for granting a new trial.   (The judgment is for plaintiff in an automobile negligence action.   The order denies defendant's motion for a new trial.)   Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

ABIGAIL MORLEY MORGANA, as Executrix, etc., of CHARLES MORGANA, Deceased, Appellant, v. GEORGE R. HOLDRIDGE, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is in favor of defendant on his counterclaim in an automobile negligence action.)   Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.   [See post, p. 818.]

GENESEE VALLEY TRUST COMPANY and JOHN P. MORSE, as Executors, etc., of LAWRENCE M. MORLEY, Deceased, Appellants, v. GEORGE R. HOLDRIDGE, Respondent.— Judgment affirmed, with costs. All concur. (The judgment is for defendant in an automobile negligence action.)   Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

EDWARD W. COOKE, Appellant, v. HARRISON S. DODGE and Others, Respondents. — Order modified by granting leave to plead over and as modified affirmed, with ten dollars costs and disbursements to the respondents.   Memorandum: The